NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CONNIE FLOHR,                              )
                                          )
            Appellant,                     )
                                          )
v.                                        )        Case No.  2D17-981
                                          )
REEMPLOYMENT ASSISTANCE                    )
APPEALS COMMISSION and AKS                 )
OF CLEARWATER, INC.,                       )
                                          )
            Appellees.                     )
_____)

Opinion filed March 7, 2018.

Appeal from the Reemployment Assistance
Appeals Commission.

Connie Flohr, pro se.

Cristina A. Velez, Appellate Counsel,
Tallahassee, for Appellee Reemployment
Assistance Appeals Commission.

No appearance for Appellee AKS of
Clearwater, Inc.


PER CURIAM.


            Affirmed.


LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.